UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN THE MATTER OF:  CASE NO.:19-16077-AJC
IVAN DE JESUS VANEGAS  CHAPTER 13


_____Debtor_____/

## OBJECTION TO CLAIM ON SHORTENED NOTICE

*IMPORTANT NOTICE TO CREDITOR:  THIS IS AN OBJECTION TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the Debtor objects to the following claims filed in this case:

| Claim No. | Name and Address of Claimant | Disputed Claim Amount | Proposed Allowed Claim Amount | Basis for Objection |
|---|---|---|---|---|
| 3 | Merrick Bank c/o Resurgent Capital Services PO Box 10368 Greenville, SC 29603-0368 | $1,348.17 | $0.00 | Statue of Limitations |
| 4 | Portfolio Recovery Associates, LLC PO Box 41067 Norfolk, VA 23541 | $744.43 | $0.00 | Statue of Limitations |
| 5 | Portfolio Recovery Associates, LLC PO Box 41067 Norfolk, VA 23541 | $480.35 | $0.00 | Statute of Limitations |

Debtor, IVAN VANEGAS, requests the following disposition: strike and disallow claims 3, 4 and 5 as all claims are barred by the Statute of Limitations.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

Dated: September 16, 2019

CERTIFICATE OF COMPLIANCE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A)

ALEXIS GARCIA, P.A.
10271 Sunset Drive, Suite 103
Miami, FL 33173
(305) 4258-2858 Phone
(305) 675-6170 Fax
agarcia@alexisgarcia.legal

/s/ Alexis Garcia, Esq.
ALEXIS GARCIA, ESQ.
Florida Bar No.: 067269

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing objection as electronic transmission to all parties as listed in this matter's NEF, and to every party on the attached Matrix via US Mail on September 16, 2019.

/s/ Alexis Garcia, Esq.
ALEXIS GARCIA, ESQ.

Creditor Mailing Matrix
Case No.: 19-10677-AJC

Merrick Bank
c/o Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Merrick Bank
c/o Resurgent Capital Services
c/o David Lamb
PO Box 10368
Greenville, SC 26903-0368

Portfolio Recovery
PO Box 41067
Norfolk, VA 23541

Portfolio Recovery
Attn: James Parker
PO Box 41067
Norfolk, VA 23541

Portfolio Recovery
c/o Meghan Edmonds
PO Box 41067
Norfolk, VA 23541

<u>19-16077-AJC Notice will be electronically mailed to:</u>

Alexis C Garcia on behalf of Debtor Ivan De Jesus Vanegas
agarcia@alexisgarcia.legal

David E. Hicks, Esq. on behalf of Creditor Carmax Auto Finance
tbyington@kelleykronenberg.com

Keith S Labell on behalf of Creditor Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Ixis Real Estate Capital Trust 2006-2 Mortgage Pass Through Certificates, Series 2006-2
klabell@rasflaw.com, klabell@rasflaw.com

Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov